Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail:rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff ANNA MARIE PHILLIPS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNA MARIE PHILLIPS, | Case No. 1:11-cv-01928-GSA |
| Plaintiff, | STIPULATION TO EXTEND TIME |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security. | |
| Defendant. | |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have a 11 day extension of time, to and including July 6, 2012, in which to file the plaintiff's opening brief.

///
///
///
///

-1-

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issued presented and because counsel has 4 opening briefs and 2 reply briefs due either on the 25th or the 26th of June.

DATE: June 25, 2012  Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Lawrence D. Rohlfing*
_____
Lawrence D. Rohlfing
Attorney for plaintiff Anna Marie Phillips

DATE:  June 25, 2012  BENJAMIN B. WAGNER
United States Attorney

BY: /s/ *Cynthia De Nardi**
_____
Cynthia De Nardi
Special Assistant United States Attorney
Attorneys for defendant Michael Astrue
|*authorized by e-mail|

**ORDER**

Plaintiff shall file her opening brief on or before July 6, 2012.  All other dates set forth in the scheduling order dated November 21, 2011, are extended accordingly.

IT IS SO ORDERED.

Dated:  **June 26, 2012**    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

-2-