BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
CYNTHIA B. DE NARDI, CSBN 256770
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8961
    Facsimile: (415) 744-0134
    Email: cynthia.denardi@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MARIE PHILLIPS, ) | Case No. 1:11-cv-1928-GSA |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER FOR DEFENDANT'S FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening brief.

    This request is made at the request of Defendant's counsel to allow additional time in order to respond to Plaintiff's arguments, and because counsel has 3 motions for summary judgment due between August 1 and August 6, and an August 2, 2012 discovery deadline in an EEOC case. The current date is August 6, 2012. The new due date will be September 5, 2012.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

-1-

1:12-cv-1928-GSA

Respectfully submitted,

Date:  July 31, 2012

/s/ *Lawrence D. Rohlfing
LAWRENCE DAVID ROHLFING
(*by email authorization )
Law Offices of Lawrence D. Rohlfing
Attorney for Plaintiff


BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX

/s/ *Cynthia B. De Nardi*
CYNTHIA B. DE NARDI

Attorneys for Defendant


ORDER

Dated: **July 31, 2012**

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE