# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MARIE PHILLIPS,<br><br>           Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | **Case No. 1:11-cv-01928-EPG**<br><br>**ORDER REMANDING CASE TO THE SOCIAL SECURITY ADMINISTRATION FOR FURTHER CONSIDERATION** |

On November 18, 2011, Plaintiff filed a complaint seeking review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for disability insurance benefits pursuant to Title II of the Social Security Act. (ECF No. 1.) On November 20, 2012, this Court issued an order and judgment affirming the Commissioner's decision. (ECF Nos. 21, 22.)

Plaintiff timely filed an appeal with the Ninth Circuit Court of Appeals. (ECF No. 23.) On August 18, 2015, the Ninth Circuit Court of Appeals issued a Memorandum vacating the judgment of this Court with instructions that the case be remanded to the Social Security Administration for further consideration. (ECF No. 27.) A mandate was issued on October 14, 2015. (ECF No. 30.)

1

Accordingly, IT IS HEREBY ORDERED that:

1) This case is REMANDED to the Social Security Administration to complete an analysis of: (a) evidence of Plaintiff's addiction to prescription drugs; and (b) the opinion of treating physician Dr. Dumitru, consistent with the instructions outlined in the Memorandum issued by the Ninth Circuit Court of Appeals on August 18, 2015. (ECF No. 27); and,

2) The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **October 15, 2015**              **/s/ Erica P. Grosjean**
                                            UNITED STATES MAGISTRATE JUDGE