Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Anna Marie Phillips

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| ANNA MARIE PHILLIPS, | Case No.: 1:11-cv-01928-EPG |
| Plaintiff, | STIPULATION TO HOLD THE PETITION FOR FEES AND EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT IN ABEYANCE; ORDER |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | (ECF No. 32) |
| Defendant | |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Whereas Anna Marie Phillips has a motion for fees and expenses under the EAJA pending before the Ninth Circuit and this Court on identical issue of substantial justification with different facts as to the relief sought, the parties

///

-1-

1  hereby stipulate that the Court hold the petition before the District Court in
2  abeyance until the Ninth Circuit rules on the matter before it.
3      IT IS SO STIPULATED.
4  DATE: December 22, 2015    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Lawrence D. Rohlfing*
BY: _____
Lawrence D. Rohlfing
Attorney for plaintiff ANNA MARIE PHILLIPS

Date:    BENJAMIN B. WAGNER
United States Attorney

BY:  /s/ *Lynn M. Harada*
Lynn M. Harada
Special Assistant United States Attorney
Attorneys for Defendant CAROLYN W. COLVIN
Acting Commissioner of Social Security

**ORDER**

Based on the above stipulation, Plaintiff's Motion for Fees and Expenses (ECF No. 32) is stayed pending the disposition of Plaintiff's motion for fees and expenses currently pending before the Ninth Circuit Court of Appeals. The parties are instructed to meet and confer following the Ninth Circuit's decision to determine whether that decision resolves the Motion for Fees and Expenses (ECF No. 32) and shall file a status report advising this Court of the results of their meet and confer efforts. The telephonic status conference currently set for January 12, 2016 at 10:00 a.m. is VACATED.

IT IS SO ORDERED.

Dated:  **December 28, 2015**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE