Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Anna Marie Phillips

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| ANNA MARIE PHILLIPS, | Case No.: 1:11-cv-01928-EPG |
| Plaintiff, | STIPULATION TO LIFT STAY; ORDER |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties hereby stipulate to lift the stay on the motion for attorney fees under the Equal Access to Justice Act.  The Ninth Circuit granted the motion for

///

-1-

fees for time expended before that Court.  This Court can now decide the issue of fees for work done before it.

      IT IS SO STIPULATED.

DATE: March 11, 2016      Respectfully submitted,

                            LAW OFFICES OF LAWRENCE D. ROHLFING

                            /s/ *Lawrence D. Rohlfing*
               BY: _____
                          Lawrence D. Rohlfing
                          Attorney for plaintiff ANNA MARIE PHILLIPS

Date:  March 14, 2016      BENJAMIN B. WAGNER
                            United States Attorney

               BY:  /s/ *Lynn M. Harada*
                       LYNN M. HARADA
                     Special Assistant United States Attorney
                     Attorneys for Defendant CAROLYN W. COLVIN
                     Acting Commissioner of Social Security

## ORDER

Based on the above stipulation, the Court lifts the stay on Plaintiff's Motion for Attorney Fees and Expenses (ECF No. 32). Pursuant to Local Rule 230(g), the Motion is deemed submitted.

IT IS SO ORDERED.

Dated:  **March 23, 2016**            /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE